UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-61116-CIV-SCOLA/OTAZO-REYES

CHRISTOPHER LEGG, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

QUICKEN LOANS, INC.,
a Michigan corporation,

    Defendant.

_____/

## SUPPLEMENTAL FIFTH DISCOVERY ORDER

THIS CAUSE came before the Court upon Defendant Quicken Loans, Inc.'s ("Defendant") Motion to Compel Discovery Responses from Plaintiff Christopher Legg ("Plaintiff") (hereafter, "Motion to Compel") [D.E. 87]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 5, 12]. The undersigned held a hearing on this matter on May 7, 2015.

In addressing the Motion to Compel, the undersigned imposed a deadline of May 15, 2015 for Plaintiff's counsel to either: confirm that no emails or notes regarding telephone calls to Plaintiff about a mortgage loan, refinance loan, and/or similar financial products exist, other than the screen shots of telephone calls and the April 13, 2013 email from Plaintiff to his counsel Scott Owens, Esq.; or produce any additional non-privileged responsive materials. The undersigned further directed that any responsive materials to which Plaintiff claims attorney-client privilege, including the April 13, 2013 email, be submitted to the undersigned for *in camera* review by the same date.

In compliance with the foregoing directive, Plaintiff's counsel submitted to the undersigned for *in camera* review an email chain as to which Plaintiff claims attorney-client and work product privilege. The undersigned has reviewed the email chain and approves the redactions proposed by Plaintiff's counsel. Therefore, it is

ORDERED AND ADJUDGED that, by May 27, 2015, Plaintiff shall produce the email chain that was submitted for the undersigned's review only in its redacted form.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of May, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Robert N. Scola, Jr.
      Counsel of Record