United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Christopher Legg, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-61116-Civ-Scola |
| | ) |
| Quicken Loans, Inc., Defendant | ) |
| | ) |

## Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 150). All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on October 7, 2015.

_____
Robert N. Scola, Jr.
United States District Judge